# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ERNESTO ALONZO RAMIREZ,** :
**Petitioner** :
:      **No. 1:18-cv-01005**
**v.** :
:      **(Judge Rambo)**
**WARDEN DAVID J. EBBERT** :
**Respondent** :

## ORDER

**AND NOW,** this 26th day of June 2017, in accordance with the

accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED** without prejudice to Petitioner's right to pursue his claims in a properly filed civil rights action;

2. Petitioner's motion to seal (Doc. No. 2), is **DEEMED** withdrawn; and

3. The Clerk of Court shall **CLOSE** this case.

         s/Sylvia H. Rambo
         SYLVIA H. RAMBO
         United States District Judge